UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 11-10293 DSF (SPx) | Date | 1/25/12 |
|---|---|---|---|
| Title | Eric Winbigler v. Citi Property Holdings, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Referring Case to Bankruptcy Court

    This action seeks relief related to an alleged violation of the automatic stay in <u>In re Eric Winbigler</u>, 6:10-bk-37564-TD (Bankr. C.D. Cal.).  As this is a core proceeding, <u>In re Zumbrun</u>, 88 B.R. 250, 253 (9th Cir. BAP 1988), the case is referred to the United States Bankruptcy Court for the Central District of California.

    IT IS SO ORDERED.