UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| Case No. | CV 11-10293 DSF (SPx) | Date | 1/25/12 |
|---|---|---|---|
| Title | Eric Winbigler v. Citi Property Holdings, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Referring Case to Bankruptcy Court

   This action seeks relief related to an alleged violation of the automatic stay in In re Eric Winbigler, 6:10-bk-37564-TD (Bankr. C.D. Cal.).  As this is a core proceeding, In re Zumbrun, 88 B.R. 250, 253 (9th Cir. BAP 1988), the case is referred to the United States Bankruptcy Court for the Central District of California.

   IT IS SO ORDERED.